RECEIVED
OCT - 4 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

DOUGLAS HUSSEY

VERSUS

WARDEN BILLY TIGNER, ET AL.

CIVIL ACTION NO: 11-CV-0832

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE HAYES

## JUDGMENT

This Court has reviewed the previously filed Report and Recommendation of the Magistrate Judge and the Plaintiff's objections. Additionally, the Court has conducted an independent review of the record. Upon due consideration, the Court concurs with the Magistrate Judge's findings under the applicable law. Plaintiff's apparent disagreement with the prison physician regarding the proper protocol for the treatment of his mental illness is insufficient to establish a claim for a violation of the Eighth Amendment of the United States Constitution. *Norton v. Dimazana*, 122 F.3d 286, 292 (5th Cir. 1997). Further, Plaintiff does not have a constitutionally derived liberty interest in being held in a particular penal institution. *Adams v. Gunnell*, 729 F.2d 362, 368 (5th Cir. 1984).

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, this 2 day of October, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE